**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Edward Collopy aka Joseph E. Collopy | CHAPTER 13 |
| Debtor(s) | BKY. NO. 21-11121 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

              Respectfully submitted,

              /s/ *Rebecca Solarz*
              Rebecca Solarz
              05 May 2021, 16:45:50, EDT

              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322