UNITED STATES BANKRUTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN Re: Joseph Edward Collopy,               :        Case No. 21-11121-amc
                                            :
            Debtor                          :        Chapter 13
                                            :
Social Security No.:   xxx-xx-9698          :

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

To:    The Clerk of Court and All Parties of Record:

Please enter my appearance on behalf of myself, William R. McLaughlin, as a creditor in this matter.

Date:  May 7, 2021                          /s/ William R. McLaughlin_____
                                            William R. McLaughlin, Esq.
                                            McLaughlin Law Office, P.C.
                                            6701 Germantown Ave., Ste. 210-7
                                            Philadelphia, PA 19119
                                            bill@mclaughlinesq.com