UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Joseph Edward Collopy<br><br>    Debtor | Chapter 13<br>Bankruptcy No.21-11121-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of August, 2021, by first class mail upon those listed below:

Joseph Edward Collopy
1940 South Broad Street
Lansdale, PA  19446

**Electronically via CM/ECF System Only:**

WILLIAM D SCHROEDER JR ESQ
920 LENMAR DRIVE
BLUE BELL, PA  19422

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee