United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11121-amc |
| Joseph Edward Collopy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 23, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Edward Collopy, 1940 South Broad Street, Lansdale, PA 19446-5548 |
| cr | | William R. McLaughlin, 6701 Germantown Ave., Suite 210-7, Philadelphia, PA 19119 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: ra-li-ucts-bankhbg@state.pa.us | Sep 23 2021 23:48:00 | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, Room 925, 651 Boas Street, Harrisburg, PA 17121-0725 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

**Name**      **Email Address**

ANN E. SWARTZ
     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

REBECCA ANN SOLARZ
     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 23, 2021 | Form ID: pdf900 | Total Noticed: 3 |

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR

on behalf of Debtor Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR

on behalf of Defendant Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM R. MCLAUGHLIN

on behalf of Plaintiff William R. McLaughlin bill@mclaughlinesq.com

WILLIAM R. MCLAUGHLIN

on behalf of Creditor William R. McLaughlin bill@mclaughlinesq.com

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Joseph Edward Collopy aka Joseph E. Collopy<br><div align=center>Debtor</div><br>MIDFIRST BANK<br><div align=center>Movant</div>vs.<br>Joseph Edward Collopy aka Joseph E. Collopy<br><div align=center>Debtor</div><br>Shona Cola<br><div align=center>Co-Debtor</div><br>Scott F. Waterman, Esquire<br><div align=center>Trustee</div> | CHAPTER 13<br><br><br>NO. 21-11121 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.  The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$7,313.56,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | May 2021 to August 2021 at $1,538.13/month |
| Late Charges: | $123.04 |
| Fees & Costs Relating to Motion: | $1,038.00 |
| **Total Post-Petition Arrears** | **$7,313.56** |

2.  The Debtor(s) shall cure said arrearages in the following manner;

    a). Within fourteen (14) days of the Court approving this Stipulation, the Debtor shall make a down payment in the amount of **$1,991.00**

    b). Beginning on September 1, 2021 and continuing through February 1, 2022 until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,538.13** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$887.10 from September 2021 to January 2022 and $887.06 for February 2022** towards the arrearages on or before the last day of each month at the address below;

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

c). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   August 10, 2021                    By: /s/ Rebecca A. Solarz, Esquire
                                               Attorney for Movant

COPY 21-11121

Date: 9-14-21

*William D. Shroeder Jr.* (signature)
William D. Shroeder Jr., Esquire
Attorney for Debtors

Date: September 22, 2021

/s/ Ann Swartz, Esquire, for
Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2021. However, the court retains discretion regarding entry of any further order.

**Date: September 23, 2021**

*Ashely* (signature)
Bankruptcy Judge
Ashely M. Chan