UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph Edward Collopy             :         Chapter 13
                                           :
                                           :
                Debtor                     :         No.:   21-11121-amc
                                           :
                                           :         **DATE:  November 10, 2021**
                                           :         **HEARING: 11:00 P.M.**
                                           :         **COURTROOM #4**
                                           :         **2nd Floor, 900 Market Street**
                                           :         **Phila., PA**

_____

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtor, Joseph Edward Collopy, has filed an objection to the proof of claim you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held on November 10, 2021, at 11:00 A.M., in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

                                        Attorney for Objector


  Date:   9/27/21                       /s/ William D. Shroeder, Jr.
                                        William D. Schroeder, Jr.
                                        920 Lenmar Drive
                                        Blue Bell, PA 19422
                                        (215) 822-2728
                                        schroeder@jrlaw.org