UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph Edward Collopy              :        Chapter 13
                                                               :
                                                               :
                              Debtor          :        No.:    21-11121-amc

_____

**CERTIFICATE OF SERVICE**

I, William D. Schroeder, Jr., Attorney for Debtor, 21-11121-amc, hereby verify that on September 29, 2021, I sent Objection to Proof of Claim of Pritam C. Patel, and Notice of Objection to Claim and Hearing Date by first class mail to the following parties.  Parties served by the court via ECF electronic notification are not also being served by regular mail:

Pritam C. Patel
611 Collins Avenue
Lansdale, PA 19446.

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

/s/ William D. Shroeder, Jr.
William D. Schroeder, Jr.
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org