UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph Edward Collopy           :        Chapter 13
                                         :
                                         :
                  Debtor                 :        No.:   21-11121-amc

_____

CERTIFICATE OF NO RESPONSE

I, William D. Schroeder, Jr., attorney for debtor, filed a Motion to Avoid Judicial Lien of Pritam C. Patel on September 28, 2021. The parties listed below were served with the Motion and Notice. Neither the undersigned nor the Movant has received an objection or response from any interested party.

The Movant hereby requests the Court to grant the Motion.

Pritam C. Patel
611 Collins Avenue
Lansdale, PA 19446

Joseph Collopy
1940 South Broad Street
Lansdale, PA 19446

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtor
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org