UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Joseph Edward Collopy | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:   21-11121-amc |

## ORDER

**AND NOW**, this ____ day of _____, 2021 upon Motion of the Debtor to Avoid a Judicial Lien Held by Pritam C. Patel ("the Respondent") in real property of the Debtor located at 1940 S. Broad Street, Lansdale, PA,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Montgomery County Court of Common Pleas, Docket No. 20-13492 is subject to avoidance pursuant to 11 U.S.C. § 522 (f),

And, the Debtor having certified that adequate notice of Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the Respondent's judicial lien in the above-mentioned real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED upon discharge**..

Date: October 28, 2021

Date: _____                            _____
                                                                                                J.

William D. Schroeder, Jr., Attorney
920 Lenmar Drive
Blue Bell, PA 19422

Joseph Collopy
1940 South Broad Street
Lansdale, PA 19446

Pritam C. Patel
611 Collins Avenue
Lansdale, PA 19446.

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107