United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11121-amc |
| Joseph Edward Collopy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Edward Collopy, 1940 South Broad Street, Lansdale, PA 19446-5548 |
| cr | | William R. McLaughlin, 6701 Germantown Ave., Suite 210-7, Philadelphia, PA 19119 |
| 14601774 | + | Pritam Patel, 611 Collins Ave, Lansdale, PA 19446-5657 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Oct 28 2021 23:35:00 | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, Room 925, 651 Boas Street, Harrisburg, PA 17121-0725 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 28, 2021 | Form ID: pdf900 | Total Noticed: 4 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
    on behalf of Debtor Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR
    on behalf of Defendant Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM R. MCLAUGHLIN
    on behalf of Creditor William R. McLaughlin bill@mclaughlinesq.com

WILLIAM R. MCLAUGHLIN
    on behalf of Plaintiff William R. McLaughlin bill@mclaughlinesq.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Joseph Edward Collopy | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:   21-11121-amc |

## ORDER

**AND NOW**, this        day of                  , 2021  upon Motion of the Debtor to Avoid a Judicial Lien Held by Pritam C. Patel ("the Respondent") in real property of the Debtor located at 1940 S. Broad Street, Lansdale, PA,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Montgomery County Court of Common Pleas, Docket No. 20-13492 is subject to avoidance pursuant to 11 U.S.C. § 522 (f),

And, the Debtor having certified that adequate notice of Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the Respondent's judicial lien in the above-mentioned real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED upon discharge**..

**Date: October 28, 2021**

Date: _____                                              _____
                                                                                                                                  J.

William D. Schroeder, Jr., Attorney
920 Lenmar Drive
Blue Bell, PA 19422

Joseph Collopy
1940 South Broad Street
Lansdale, PA 19446

Pritam C. Patel
611 Collins Avenue
Lansdale, PA 19446.

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107