UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Joseph Edward Collopy | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:   21-11121-amc |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2021, it is hereby ORDERED and DECREED by the Court that the secured proof of claim of Pritam C. Patel appearing at Claims Docket #10 shall be set to unsecured status.

**Date: November 12, 2021**

_____
J.

William D. Schroeder, Jr., Attorney at Law
920 Lenmar Drive
Blue Bell, PA 19422

Joseph Collopy
1940 South Broad Street
Lansdale, PA 19446

Pritam C. Patel
611 Collins Avenue
Lansdale, PA 19446.

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 40110
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107