United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 21-11121-amc
Joseph Edward Collopy   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: Nov 12, 2021   Form ID: pdf900   Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Edward Collopy, 1940 South Broad Street, Lansdale, PA 19446-5548 |
| cr |   | William R. McLaughlin, 6701 Germantown Ave., Suite 210-7, Philadelphia, PA 19119 |
| 14601774 | + | Pritam Patel, 611 Collins Ave, Lansdale, PA 19446-5657 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 13 2021 03:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2021 03:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2021 03:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Nov 13 2021 03:21:00 | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, Room 925, 651 Boas Street, Harrisburg, PA 17121-0725 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Defendant Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org |
| WILLIAM D. SCHROEDER, JR | on behalf of Debtor Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org |
| WILLIAM R. MCLAUGHLIN | on behalf of Plaintiff William R. McLaughlin bill@mclaughlinesq.com |
| WILLIAM R. MCLAUGHLIN | on behalf of Creditor William R. McLaughlin bill@mclaughlinesq.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph Edward Collopy              :        Chapter 13
                                            :
                                            :
                 Debtor                     :        No.:   21-11121-amc

## ORDER

     AND NOW, this _____ day of _____, 2021, it is hereby ORDERED and DECREED by the Court that the secured proof of claim of Pritam C. Patel appearing at Claims Docket #10 shall be set to unsecured status.

**Date: November 12, 2021**

_____
                                                   J.

William D. Schroeder, Jr., Attorney at Law
920 Lenmar Drive
Blue Bell, PA 19422

Joseph Collopy
1940 South Broad Street
Lansdale, PA 19446

Pritam C. Patel
611 Collins Avenue
Lansdale, PA 19446.

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 40110
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107