UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:   Joseph Edward Collopy | : | Chapter 13 | |
| | : | | |
| | : | | |
| Debtor | : | No.: | 21-11121-amc |

## NOTICE OF APPLICATION FOR COMPENSATION

To the debtors, all creditors and parties in interest, NOTICE IS GIVEN THAT:

William D. Schroeder, Jr., attorney for debtor, has filed an Application for Compensation for services rendered in the amount of $7601.60.

Any Creditor or other Party in interest may file an Answer, Objections or other responsive pleading, or request for hearing, stating the reason why a hearing is necessary, with the Clerk of the U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, and serve a copy on the counsel before twenty-one (21) days from the date of this Notice.

In the absence of any of the foregoing answers, objections, responsive pleadings or request for hearing, counsel shall certify to the Court, after twenty-one (21) days from the date of this Notice, the absence of such filing and servicing, and that Court may, upon consideration of the record, grant the application.


Dated:    11/16/21

/s/ William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney at Law
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org