William D. Schroeder, Jr.
Attorney at Law
920 Lenmar Drive
Blue Bell, PA 19422
P: 215-822-2728
www.jrlaw.org

Joseph Collopy                                             November 11, 2021
1940 South Broad Street                                              10253-1
Lansdale, PA 19446

Matter No. 10253-1
Chapter 13
Bill No. 3004

**Fees:**                                                        Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/21 | WDS | Meeting with client to learn of issues facing him, explain process and determine best course of action; following meeting reviewed material, outlined issues, reviewed Montco dockets; notes to file and contacted Tadross Law. | 1.29 | $387.00 |
| 03/10/21 | CH | Organize file, draft representation letters to opposing counsel. Docket Montco and Phila Docket search | 1.39 | $111.20 |
| 03/15/21 | WDS | Reading of client provided documents and law suits; notes made to file; telephone conference with Robin Mayer to discuss aspects of case; email to client to move matter forward; tickle for receipt of documents from client. | 1.12 | $336.00 |
| 03/24/21 | CH | Download and organize file | 0.70 | $56.00 |
| 04/13/21 | WDS | Reading and consideration of client papers; notice of sheriff sale; consideration of information provided and that which was not provided for giving drafting instructions to staff; notes to file. | 0.74 | $222.00 |
| 04/15/21 | CH | Draft petition, run epraisal, KBB, credit reports for him and his wife (includes | 4.16 | $332.80 |

| | | | | |
|---|---|---|---|---|
| Matter No. 10253-1 | | | | November 11, 2021 |
| Chapter 13 | | | | Page 2 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | bestcase support). Call client schedule appt. Email client with list of documents needed. | | |
| 04/15/21 | WDS | Conference with paralegal on client documents which are yet need for drafting of petition. | 0.19 | $57.00 |
| 04/15/21 | WDS | Review and updating of draft of client petition. | 1.00 | $300.00 |
| 04/16/21 | WDS | Meeting with client to review facts of case, petition, discuss trustee amount per mortgage arrears and means test; petition signed. | 1.65 | $495.00 |
| 04/19/21 | WDS | Means test analysis and computations; plan revisions drafted. | 0.81 | $243.00 |
| 04/21/21 | WDS | Made final revisions to client's entire petition for filing. | 1.13 | $339.00 |
| 04/21/21 | CH | Revise petition | 1.01 | $80.80 |
| 04/22/21 | WDS | Reviewed final updates and draft of petition; corrections made; approved for filing. | 0.40 | $120.00 |
| 04/23/21 | WDS | Meeting with client to review means test and provide directive as to trustee and mortgage payments timing post-filing and monthly thereafter. | 0.15 | $45.00 |
| 04/23/21 | CH | File petition, draft sheriff letter. Download filed petition and email filing notice to sheriff and counsel. Draft client letter, mortgage & trustee ltrs | 0.90 | $72.00 |
| 04/26/21 | CH | Contact PA Dept of Rev re: business taxes status. | 0.25 | $20.00 |
| 04/28/21 | CH | Call Midland mortgage for post-pet payment amount and mailing info | 0.17 | $13.60 |
| 05/05/21 | CH | Contact mortgage company for post-petition payments again | 0.55 | $44.00 |

Matter No. 10253-1             November 11, 2021
Chapter 13             Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/21 | CH | Call KML LawGroup re mortgage, email client for 341 docs, draft and file suggestions of bankruptcy | 1.52 | $121.60 |
| 05/07/21 | CH | Call to/from opposing counsel re: post-pet payments. draft letter and email client. Call client follow-up to emails | 0.29 | $23.20 |
| 05/11/21 | WDS | Follow up email to client to encourage delivery of first mortgage and trustee payments and 341 documents. | 0.10 | $30.00 |
| 05/18/21 | WDS | Follow up letter of request and acknowledgment from client concerning trustee and mortgage payments and documents necessary for 341 meeting. | 0.13 | $39.00 |
| 05/21/21 | WDS | Telephone conference with Rutu Patel, daughter of a creditor requesting a copy of plan and creditor schedule. | 0.10 | $30.00 |
| 05/25/21 | WDS | Responded to email request for documents from Patel's daughter; read and addressed developing issue that client is not providing legible and timely documents for 341 meeting. | 0.24 | $72.00 |
| 05/25/21 | CH | Download and review client provied 341 docs. Draft and file PFM, email client | 0.53 | $42.40 |
| 05/28/21 | CH | Download client provided docs. Redact and upload to trustee. Call client schedule pre-341 mtg | 0.45 | $36.00 |
| 06/02/21 | WDS | Preparation for and having pre-341 meeting. | 1.20 | $360.00 |
| 06/03/21 | WDS | Received MidFirst's claim; reviewed same and forwarded to client with explanatory email. | 0.18 | $54.00 |
| 06/04/21 | WDS | Review of claims filed to date; notes to avoid inchoate liens and object to secured claims reducing them to unsecured status; notes to apply for mortgage modification to remove mortgagee arrears from plan; | 1.03 | $309.00 |

| | | | | |
|---|---|---|---|---|
| Matter No. 10253-1 | | | | November 11, 2021 |
| Chapter 13 | | | | Page 4 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | attended meeting of creditors via Zoom; discussion with client re above matters following meeting. | | |
| 06/17/21 | CH | Email from/to client re: status on mortgage and trustee payments due | 0.31 | $24.80 |
| 06/22/21 | CH | Draft Reply to MTD. | 0.13 | $10.40 |
| 06/23/21 | CH | Call Midland Mortgage and verify residence occupancy. File Reply to MTD | 0.16 | $12.80 |
| 06/23/21 | WDS | Telephone conference with client re trustee's motion and his and mortgage company arrears must be paid soon. | 0.11 | $33.00 |
| 07/13/21 | WDS | Receipt and review of motion for relief, motion to dismiss; spoke with Clara; no payments to either made; lmtc and tickled for follow up call and email tomorrow. | 0.21 | $63.00 |
| 07/14/21 | WDS | Brief call to client; he is dropping off trustee money in an hour; received full trustee payment and discussed mortgage company's motion for relief and need to bring that current asap. | 0.18 | $54.00 |
| 07/20/21 | CH | Draft reply to Motion for Relief | 0.29 | $23.20 |
| 07/28/21 | CH | Email client re: mortgage payment and file Reply to MFR | 0.29 | $23.20 |
| 08/05/21 | WDS | Telephone conference with Bill McLaughlin re service of nondischargeability complaint; review status of mortgage motion for relief and contact to client re payments; notes to file. | 0.35 | $105.00 |
| 08/06/21 | WDS | Follow up attempt to call client; phone not accepting calls. | 0.05 | $15.00 |
| 08/09/21 | WDS | Received partial mortgage payment, scanned and emailed to counsel proposing a continuance and/or stipulation; communicated to client; | 0.28 | $84.00 |

| | | | | |
|---|---|---|---|---|
| Matter No. 10253-1 | | | | November 11, 2021 |
| Chapter 13 | | | | Page 5 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | emails exchanged re continuing motion for relief and entering into a stipulation; notified client. | | |
| 08/24/21 | WDS | Discussion with trustee over actions needed and issues to be resolved prior to confirmation recommendation; accepted service of process of McLaughlin adversary complaint and initiated discussion with counsel; reviewed mortgagee proposed stipulation, made notes of objections, conference with client and emailed counsel to advise of payment in full to be made Sept. 7. | 1.31 | $393.00 |
| 08/26/21 | WDS | Further discussion and negotiations with counsel to settle motion for relief; tickled for follow up. | 0.30 | $90.00 |
| 08/30/21 | WDS | Prepared for negotiations with Bill McLaughlin; lmtc. | 0.35 | $105.00 |
| 09/10/21 | WDS | Text to client requesting status of delivery of promised mortgage check; no response. | 0.05 | $15.00 |
| 09/13/21 | WDS | Follow up inquiry to client re delivery of mortgage check to address motion for relief scheduled for Wednesday; email from counsel as to status; text and then conversation and email with client re some amount of payment is necessary. | 0.45 | $135.00 |
| 09/14/21 | WDS | Response from client re my inquiry of making some payment amount; email and lmtc counsel; negotiations with counsel; stipulation entered into; signed and delivered stipulation. | 0.45 | $135.00 |
| 09/21/21 | WDS | Letter transmitting payments to mortgage company; texts and letter of advice to client re continuing to pay mortgage payments. | 0.30 | $90.00 |
| 09/24/21 | WDS | Drafting of motions to avoid liens; confirming legal research; amending | 1.77 | $531.00 |

| | | | | |
|---|---|---|---|---|
| Matter No. 10253-1 | | | | November 11, 2021 |
| Chapter 13 | | | | Page 6 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | plan; draft objections to claims; negotiations with creditor McLaughlin. | | |
| 09/24/21 | CH | Draft Objection to Claim and Motion to Avoid Lien packages | 0.64 | $51.20 |
| 09/27/21 | WDS | Review and revisions to motion to avoid lien and objection to claim. | 0.41 | $123.00 |
| 09/28/21 | CH | File motion to avoid lien and objection to claim of PPatel | 1.20 | $96.00 |
| 09/28/21 | WDS | Received settlement agreement from McLaughlin re adversarial; email exchange with trustee re amending plan and objections filed; tickled for follow up actions. | 0.24 | $72.00 |
| 10/13/21 | WDS | | 0.12 | $36.00 |
| 10/13/21 | CH | Draft Fee App | 0.32 | $25.60 |
| 10/14/21 | WDS | Near final revisions to amending plan; notes to talk to client re revised plan payment at time mortgagee stipulation ends; getting payments here now; list of mtal of Atlantic Insurance and apply for mortgage modification; telephone conference with client these matters and checks being delivered here for transmittal by next Friday; tickled for receipt of payments. | 1.17 | $351.00 |
| 10/19/21 | CH | File cert of no response to Pritam MTAL | 0.02 | $1.60 |
| 10/25/21 | WDS | Telephone conference with client re Andre Agard's criminal complaint; email follow up to mortgagee counsel to have Wednesday's hearing marked concluded. | 0.21 | $63.00 |
| 10/26/21 | WDS | Received confirmation of settlement from counsel; notified court to remove motion from tomorrow's list. | 0.05 | $15.00 |
| 10/29/21 | WDS | Provided order avoiding Patel lien to client along with status of matters email. | 0.15 | $45.00 |

| Matter No. 10253-1 | | | | | November 11, 2021 |
|---|---|---|---|---|---|
| Chapter 13 | | | | | Page 7 |

| | | | | | |
|---|---|---|---|---|---|
| 11/03/21 | CH | Draft and mail Midfirst occupancy ltr | | 0.09 | $7.20 |
| 11/10/21 | WDS | Preparation for objection to claim hearing and attendance at virtual hearing to have order entered. | | 0.37 | $111.00 |
| 11/11/21 | WDS | Revising first amended plan and discussion with client re present arrears, cure thereof and future payments adjustment; tickled for follow up action. | | 0.90 | $270.00 |
| | | Hours: | | 36.61 | |
| | | Total fees: | | | $7,601.60 |

**Expenses:**

| | | | | |
|---|---|---|---|---|
| 04/15/21 | WDS | S. Coles - Credit Report | | $45.00 |
| 04/15/21 | WDS | J. Collopy - Credit Report | | $45.00 |
| 04/23/21 | CH | Ch 13 Filing Fee | | $313.00 |
| | | Total expenses: | | $403.00 |

**Retainer:**

| | | | |
|---|---|---|---|
| 03/05/21 | Ck #135 - Retainer | | $500.00 |
| 03/18/21 | Ck #136 - Retainer | | $1,500.00 |
| 04/23/21 | Cash - Retainer & Filing Fees | | $2,088.00 |
| 11/11/21 | Retainer applied | | $4,088.00 CR |
| | Retainer received: | | $4,088.00 |
| | Retainer applied: | | $4,088.00 CR |

**Billing Summary**

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| New fees | 7,601.60 |
| New expenses | 403.00 |
| Retainer applied | 4,088.00 CR |

Matter No. 10253-1                                                                  November 11, 2021
Chapter 13                                                                          Page 8

| | |
|---|---|
| **Total now due** | **$3,916.60** |
| Retainer balance | $0.00 |

Payment due upon receipt. For your convenience, our firm now accepts debit/credit card payments online. To make a payment, please go to: https://secure.lawpay.com/pages/jrlaw/operating

Thank you for having us represent you.