# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Edward Collopy aka Joseph E. Collopy<br>    Debtor(s) | |
| MIDFIRST BANK, its successors and/or assigns<br>    Movant<br>    vs. | CHAPTER 13 |
| Joseph Edward Collopy aka Joseph E. Collopy<br>    Debtor(s) | NO. 21-11121 AMC |
| Scott F. Waterman<br>    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **June 8, 2021, docket number 14**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: December 6, 2021