UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Joseph Edward Collopy | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:   21-11121-amc |

## CERTIFICATE OF SERVICE

I, William D. Schroeder, Jr., attorney for debtor, hereby verify that on January 27, 2022, I sent debtor's Motion to Avoid Judicial Lien of Atlantic States Insurance Co. filed at docket #65 and Notice of Motion, Response Deadline and Hearing Date docket #66 by first class mail or electronic means to the following parties. Parties served by the court via ECF electronic notification are not also being served by regular mail:

Daniel Wechsler, Attorney
Amato and Keating, P.C.
107 North Commerce Way, Suite 100
Bethlehem, PA 18017

Joseph Collopy
1940 South Broad Street
Lansdale, PA 19446

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtor
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org