UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Joseph Edward Collopy | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:  21-11121-amc |

CERTIFICATE OF NO RESPONSE

I, William D. Schroeder, Jr., attorney for debtor, filed a Motion to Avoid Judicial Lien of Atlantic States Insurance Co. on January 27, 2022.  The parties listed below were served with the Motion and Notice.  Neither the undersigned nor the Movant has received an objection or response from any interested party.

The Movant hereby requests the Court to grant the Motion.

Daniel Wechsler, Attorney
Amato and Keating, P.C.
107 North Commerce Way, Suite 100
Bethlehem, PA 18017

Joseph Collopy
1940 South Broad Street
Lansdale, PA 19446

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtor
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org