UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Joseph Edward Collopy | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:   21-11121-amc |

## ORDER

**AND NOW**, this _____ day of _____, 2022 upon Motion of the Debtor to Avoid a Judicial Lien Held by Atlantic States Insurance Co. ("the Respondent") in real property of the Debtor located at 1940 S. Broad Street, Lansdale, PA,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Montgomery County Court of Common Pleas, Docket No. 20-19424 is subject to avoidance pursuant to 11 U.S.C. § 522 (f),

And, the Debtor having certified that adequate notice of Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the Respondent's judicial lien in the above-mentioned real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED upon discharge**.

Date: February 23, 2022

Date: _____                    _____
                                                                                                       J.

William D. Schroeder, Jr., Attorney          Daniel Wechsler, Attorney
920 Lenmar Drive                                      Amato and Keating, P.C.
Blue Bell, PA 19422                                   107 North Commerce Way, Suite 100
                                                                  Bethlehem, PA 18017

Joseph Collopy
1940 South Broad Street
Lansdale, PA 19446

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107