# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph Edward Collopy aka Joseph E. Collopy<br><br>                          Debtor(s) | Chapter 13 |
| MIDFIRST BANK<br>                      v.<br>Joseph Edward Collopy aka Joseph E. Collopy<br>                      And<br>Shona Cole<br>                                  Co-Debtor<br>Scott F. Waterman<br>                                  Trustee | NO. 21-11121 AMC |

## ORDER

AND NOW, this          day of                    , 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 23, 2021  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1940 South Broad Street Lansdale, PA 19446.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 27, 2022**

United States Bankruptcy Judge.

cc: See attached service list

Joseph Edward Collopy aka Joseph E. Collopy
1940 South Broad Street
Lansdale, PA 19446

Shona Cole
1940 South Broad Street
Lansdale, PA 19446

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

William D. Shroeder Jr.
920 Lenmar Drive
Blue Bell, PA 19422

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532