United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11121-amc |
| Joseph Edward Collopy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Edward Collopy, 1940 South Broad Street, Lansdale, PA 19446-5548 |
| cr | | William R. McLaughlin, 6701 Germantown Ave., Suite 210-7, Philadelphia, PA 19119 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Apr 28 2022 00:24:00 | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, Room 925, 651 Boas Street, Harrisburg, PA 17121-0725 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Apr 27, 2022 Form ID: pdf900 Total Noticed: 3

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
    on behalf of Debtor Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR
    on behalf of Defendant Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM R. MCLAUGHLIN
    on behalf of Plaintiff William R. McLaughlin bill@mclaughlinesq.com

WILLIAM R. MCLAUGHLIN
    on behalf of Creditor William R. McLaughlin bill@mclaughlinesq.com

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Edward Collopy aka Joseph E. Collopy<br>Debtor(s) | Chapter 13 |
| MIDFIRST BANK<br>v.<br>Joseph Edward Collopy aka Joseph E. Collopy<br>And<br>Shona Cole<br>Co-Debtor<br>Scott F. Waterman<br>Trustee | NO. 21-11121 AMC |

## **ORDER**

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 23, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1940 South Broad Street Lansdale, PA 19446.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 27, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list

Joseph Edward Collopy aka Joseph E. Collopy
1940 South Broad Street
Lansdale, PA 19446

Shona Cole
1940 South Broad Street
Lansdale, PA 19446

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

William D. Shroeder Jr.
920 Lenmar Drive
Blue Bell, PA 19422

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532