UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: Joseph Edward Collopy | : | Chapter 13 | |
| | : | | |
| | : | | |
| Debtor | : | No.: 21-11121-amc | |

**AMENDED CERTIFICATE OF SERVICE
OF NOTICE OF APPLICATION FOR COMPENSATION
AND CERTIFICATION OF NO OBJECTION**

I, William D. Schroeder, attorney for debtor, hereby verify that on November 16, 2021, I sent Attorney's Application for Compensation, by first class mail or by electronic means to the following parties:

Joseph Collopy
1940 South Broad Street
Lansdale, PA 19446

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

AND, Notice of Application for Compensation to the creditors listed on the Matrix attached as Exhibit "A".

I further certify that as of August 5, 2022 that no objection to the application for compensation has been filed.

/s/ William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtor
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org