United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Edward Collopy  
    Debtor

Case No. 21-11121-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 04, 2022      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Edward Collopy, 1940 South Broad Street, Lansdale, PA 19446-5548 |
| cr | | William R. McLaughlin, 6701 Germantown Ave., Suite 210-7, Philadelphia, PA 19119 |
| 14601759 | + | Amato and Keating, P.C., 107 North Commerce Way, Suite 100, Bethlehem, PA 18017-8913 |
| 14601761 | + | Atlantic States Insurance Co, c/o Leviton Law Firm, Ltd., One Pierce Place, Suite 725 W, Itasca, IL 60143-1253 |
| 14607838 | + | Atlantic States Insurance Co., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14601762 | + | Brown & Joseph LLC, One Pierce Place, Suite 700 W, Itasca, IL 60143-2606 |
| 14602162 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14601766 | | GB Collects, 1253 Haddonfield Berlin Rd., Voorhees, NJ 08043-4847 |
| 14601767 | + | Guardian Insurance Group, 10 Hudson Yards, New York, NY 10001-2157 |
| 14601770 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14601769 | | Keystone Health Plan East, 1901 Market St, Philadelphia, PA 19103-1475 |
| 14605989 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14601774 | + | Pritam Patel, 611 Collins Ave, Lansdale, PA 19446-5657 |
| 14601775 | + | The Leviton Law Firm Ltd, One Pierce Place, Suite 725 W, Itasca, IL 60143-1234 |
| 14604118 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14650180 | + | William D. Schroeder, Jr., Attorney at Law, 920 Lenmar Drive, Blue Bell, PA 19422-2000 |
| 14601777 | + | William R. McLaughlin, 523 West Mount Pleasant Ave, Philadelphia, PA 19119-2930 |
| 14606386 | | William R. McLaughlin, Esq., McLaughlin Law Office, P.C., 6701 Germantown Ave., Ste. 210-7, Philadelphia, PA 19119 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Aug 04 2022 23:49:00 | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, Room 925, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 14609118 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2022 23:50:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14601760 | + | Email/PDF: bncnotices@becket-lee.com | Aug 04 2022 23:49:42 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14606784 | | Email/Text: mrdiscen@discover.com | Aug 04 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14601764 | + | Email/Text: mrdiscen@discover.com | Aug 04 2022 23:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14601765 | + | Email/Text: Banko@frontlineas.com | Aug 04 2022 23:49:00 | Frontline Asset Strategies, 2700 Snelling Ave N., Suite 250, Roseville, MN 55113-1783 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 34 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14601768 | | Email/Text: sbse.cio.bnc.mail@irs.gov<br>Aug 04 2022 23:48:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14601763 | | Email/PDF: ais.chase.ebn@aisinfo.com<br>Aug 04 2022 23:49:53 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14601771 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>Aug 04 2022 23:49:44 | | LVNV Funding LLC, Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 14612819 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com<br>Aug 04 2022 23:50:07 | | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14601772 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Aug 04 2022 23:48:00 | | Midland Credit Mgmt, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14601773 | | Email/PDF: ais.midfirst.ebn@aisinfo.com<br>Aug 04 2022 23:50:07 | | Midland Mortgage Co., P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 14601776 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com<br>Aug 04 2022 23:49:57 | | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14606918 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com<br>Aug 05 2022 00:00:20 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 34 |

    on behalf of Defendant Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR
    on behalf of Debtor Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM R. MCLAUGHLIN
    on behalf of Plaintiff William R. McLaughlin bill@mclaughlinesq.com

WILLIAM R. MCLAUGHLIN
    on behalf of Creditor William R. McLaughlin bill@mclaughlinesq.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13

JOSEPH EDWARD COLLOPY

Debtor(s) : Bky. No. 21-11121 -AMC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee") and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: August 4, 2022**

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**