| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-11121-AMC**

Joseph Edward Collopy  
1940 South Broad Street  
Lansdale  PA   19446

Petition Filed Date: 04/23/2021  
341 Hearing Date: 06/04/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/22/2021 | $4,923.00 | 615150213 | 11/16/2021 | $1,650.00 | 615457923 | 11/30/2021 | $3,282.00 | 6798602762 |
| 01/11/2022 | $632.00 | 27556132994 | 01/11/2022 | $1,000.00 | 27556132983 | 02/10/2022 | $1,600.00 | 615459791 |
| 03/08/2022 | $800.00 | 27513662635 | | | | | | |

**Total Receipts for the Period: $13,887.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,887.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | WILLIAM D SCHROEDER JR ESQ | Attorney Fees | $4,000.00 | $0.00 | $4,000.00 |
| 1 | COMMONWEALTH OF PA UCTS »» 001 | Secured Creditors | $1,947.31 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF HUD »» 002 | Secured Creditors | $72,650.55 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $18,757.64 | $0.00 | $0.00 |
| 4 | WILLIAM R MCLAUGHLIN ESQUIRE »» 004 | Secured Creditors | $13,424.16 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NA »» 005 | Unsecured Creditors | $6,165.50 | $0.00 | $0.00 |
| 6 | ATLANTIC STATES INSURANCE COMPANY »» 006 | Unsecured Creditors | $6,719.38 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $5,224.36 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 008 | Priority Crediors | $782.11 | $0.00 | $0.00 |
| 9 | MIDFIRST BANK »» 009 | Mortgage Arrears | $49,262.71 | $0.00 | $0.00 |
| 10 | PRITAM C PATEL »» 010 | Unsecured Creditors | $7,599.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-11121-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,887.00 | Current Monthly Payment: | $988.10 |
| Paid to Claims: | $0.00 | Arrearages: | $1,077.30 |
| Paid to Trustee: | $1,209.42 | Total Plan Base: | $59,428.80 |
| Funds on Hand: | $12,677.58 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.