UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph Edward Collopy         :         Chapter 13
                                       :
                                       :
                        Debtor         :         No.:   21-11121-amc

## ORDER

AND NOW, this         day of              , 2021, the application of William D. Schroeder, Jr., attorney for debtor, for compensation in the amount of $7601.60 is hereby approved. The debtor has previously paid $3,500.00 to counsel; the trustee is approved to pay the balance of $4101.60 to counsel.

BY THE COURT:

**Date: August 22, 2022**

_____
J.

William D. Schroeder, Jr.              Office of the United States Trustee
Attorney at Law                        833 Chestnut Street, Suite 500
920 Lenmar Drive                       Philadelphia, PA  19107
Blue Bell, PA 19422
                                       Joseph Collopy
                                       1940 South Broad Street
Trustee Scott F. Waterman              Lansdale, PA 19446
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606