United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 21-11121-amc

Joseph Edward Collopy   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2

Date Rcvd: Aug 23, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Edward Collopy, 1940 South Broad Street, Lansdale, PA 19446-5548 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Defendant Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org |
| WILLIAM D. SCHROEDER, JR | on behalf of Debtor Joseph Edward Collopy schroeder@jrlaw.org Healey@jrlaw.org |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 23, 2022 | Form ID: pdf900 | Total Noticed: 1

WILLIAM R. MCLAUGHLIN
on behalf of Plaintiff William R. McLaughlin bill@mclaughlinesq.com

WILLIAM R. MCLAUGHLIN
on behalf of Creditor William R. McLaughlin bill@mclaughlinesq.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph Edward Collopy           :         Chapter 13
                                         :
                                         :
                        Debtor           :         No.:   21-11121-amc

**ORDER**

AND NOW, this          day of                   , 2021, the application of William D. Schroeder, Jr., attorney for debtor, for compensation in the amount of $X,XXX.XX $7601.60 is hereby approved.  The debtor has previously paid $3,500.00 to counsel; the trustee is approved to pay the balance of $X,XXX.XX $4101.60 to counsel.

BY THE COURT:

**Date: August 22, 2022**

_____
                                                                                          J.

William D. Schroeder, Jr.               Office of the United States Trustee
Attorney at Law                         833 Chestnut Street, Suite 500
920 Lenmar Drive                        Philadelphia, PA  19107
Blue Bell, PA 19422

                                        Joseph Collopy
Trustee Scott F. Waterman               1940 South Broad Street
Chapter 13 Standing Trustee             Lansdale, PA 19446
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606